**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**HATTIESBURG CLINIC**
**PROFESSIONAL ASSOCIATION, et al.**                                              **PLAINTIFFS**

**v.**                                                              **CIVIL ACTION NO. 2:16-CV-17-KS-MTP**

**QUINCY LEE CLAYTON, et al.**                                                    **DEFENDANTS**

## ORDER

On March 10, 2017, Defendant Quincy Lee Clayton ("Movant") filed his Motion for Dismissal of Interpleader and Wash Counterclaim [48]. The remaining parties ("Respondents") have until on or before **March 24, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movant wishes to file a rebuttal, he may do so on or before **March 31, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movant or Respondents require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondents' responses shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the __13th__ day of March, 2017.

   s/Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE