**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**HATTIESBURG CLINIC**
**PROFESSIONAL ASSOCIATION, et al.**                                **PLAINTIFFS**

**v.**                                        **CIVIL ACTION NO. 2:16-CV-17-KS-MTP**

**QUINCY LEE CLAYTON, et al.**                                          **DEFENDANTS**

## ORDER

On May 23, 2017, Plaintiffs ("Movants") filed their Motion for Summary Judgment [68]. Defendants ("Respondents") have until on or before **June 6, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movants wish to file a rebuttal, they may do so on or before **June 13, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movants or Respondents require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movants' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondents' responses shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the __25th____ day of May, 2017.

                                                                 __s/Keith Starrett_____
                                                                 KEITH STARRETT
                                                                 UNITED STATES DISTRICT JUDGE