IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**HATTIESBURG CLINIC**
**PROFESSIONAL ASSOCIATION, et al.**                              **PLAINTIFFS**

**v.**                              **CIVIL ACTION NO. 2:16-CV-17-KS-MTP**

**QUINCY LEE CLAYTON, et al.**                              **DEFENDANTS**

## ORDER

This matter is before the Court on Plaintiffs' Motion Requesting Disbursement Instructions to Clerk [75]. In accordance with that motion, the Court hereby directs the Clerk to do the following:

1. To notify the plaintiffs, through counsel, of a pending distribution and its amount;

2. To receive from plaintiffs a calculation of the amount of required withholding from the distribution; and

3. To remit the amount of the required withholding to Fidelity Management Trust Company or the plaintiffs, via plaintiffs' counsel, in order that the tax reporting and withholding responsibilities may be satisfied, leaving the balance to be disbursed to the award recipient.

SO ORDERED AND ADJUDGED on this the __18th__ day of July, 2017.

　　　　　　　　　　　　　　　　　　　___s/Keith Starrett_____
　　　　　　　　　　　　　　　　　　　KEITH STARRETT
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE